AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Marshall Sills<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         3:20-mj- 1449 - PDB<br>)<br>)<br>) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 8, 2020** in the county of **Duval** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of visual depictions using any means and facility of interstate and foreign commerce by any means, that is via the internet, when the production of the visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct. |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ashley Wilson, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/18/2020

_____
*Judge's signature*

City and state: Jacksonville, Florida

Patricia D. Barksdale, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Ashley Wilson, being duly sworn, hereby state as follows:

1. I am a Special Agent (SA) with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), an agency of the United States Department of Homeland Security (DHS), and have been so employed since October 2007. I am currently assigned to the Office of the Assistant Special Agent in Charge Jacksonville, Florida, where I conduct a variety of investigations. Prior to this assignment, I was assigned to the Office of the Deputy Special Agent in Charge Laredo, Texas for approximately 6 years also as a Special Agent. I have a Bachelor's degree in Criminal Justice. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I participated in a 22-week training program at the Federal Law Enforcement Training Center in Brunswick, Georgia, which included the Criminal Investigator Training Program and ICE Special Agent Training. In my capacity as a Special Agent, I have participated in numerous types of investigations, during which I conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, and other complex investigations. Since becoming a Special Agent, I have worked with experienced

1

Special Agents and state and local law enforcement officers who also investigate child exploitation offenses.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and have served as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), and the Clay County Sheriff's Office (CCSO), among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of establishing

probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Marshall SILLS has committed a violation of 18 U.S.C. § 2252(a)(2) (distribution of a visual depiction using any means and facility of interstate and foreign commerce by any means, that is via the internet, the production of which involved the use of a minor engaging in sexually explicit conduct).

4. This affidavit is made in support of a complaint against Marshall SILLS, that is, on or about September 8, 2020, in Duval County, in the Middle District of Florida and elsewhere, SILLS did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce by any means, that is via the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

5. On December 17, 2020, I applied for and obtained a federal search warrant for the premises located at 6017 Roosevelt Blvd., Apt. 166, Jacksonville, FL 32244, which I believed to be occupied by SILLS, and a copy of which is attached hereto as Exhibit A, and the facts and information contained therein are hereby incorporated by reference.

6. In the evening of December 17, 2020, HSI Jacksonville Special Agents,

along with Clay County Sheriff's Office Detectives, executed the aforementioned search warrant at approximately 6:30 p.m. at 6017 Roosevelt Blvd., Apt. 166, Jacksonville, FL 32244.

7. During the search of SILLS's apartment, HSI special agents discovered a CyberpowerPC desktop computer in the living room of the apartment. The desktop computer contained a hard drive with the capacity to store 1 TB of data.

8. Clay County Sheriff's Detective and HSI Task Force Office Ryan Ellis and I made contact with SILLS. After being advised of and waiving his *Miranda rights,* SILLS agreed to speak with us. I recorded the interview. Among other things, SILLS provided the following information:

SILLS acknowledged the desktop computer in his apartment belonged to him, he built it himself approximately five years ago, and it is password protected. SILLS provided the password to the desktop computer and stated he is the only person who uses his electronic devices. SILLS stated he has made some mistakes and downloaded a few things he shouldn't have. SILLS acknowledged he has received, downloaded and viewed images and videos containing child pornography. SILLS stated he has always been into the dark web and acknowledged he is familiar with BitTorrent. SILLS stated he has had BitTorrent on his desktop computer for a while and has used BitTorrent for multiple things. SILLS stated he has searched for files containing child

4

pornography within BitTorrent by finding the "magnets" that connect you to certain files. SILLS admitted to having a couple of videos of child pornography on his desktop computer. SILLS admitted to viewing child pornography involving prepubescent children. SILLS admitted to saving files on his desktop computer containing child pornography in order to view them multiple times. SILLS admitted to masturbating to child pornography approximately 10 times in the last couple of months. SILLS acknowledged he has been battling his sexual interest in children and stated he started watching child pornography after he was no longer sexually satisfied with adult pornography. SILLS admitted he has received and downloaded approximately five to ten images and videos containing child pornography using BitTorrent during the last month. SILLS admitted to downloading videos containing child pornography to see what was in it and then deleting it.

9. I showed SILLS a portion of a video that was downloaded by Detective Waller with the Leon County Sheriff's Office from IP address 98.231.120.103 on September 8, 2020, that is named *0e68ef0a56ae0a292770beca6c40cb2b - girl gracel hmm man oral pthc sound_of_silence.mpg* and is described as follows:

The color video is 45-second video with sound that depicts a completely naked prepubescent female lying on her back on a bed. There is an adult male with an erect penis straddling the female child. It appears the adult male has

ejaculated on the female child's face and mouth when the video begins. The adult male forces his erect penis into the female child's mouth. The adult male forces his erect penis in and out of the child's mouth for approximately 40 seconds. I believe the female is a prepubescent child based upon the lack of breast development, the lack of pubic hair, child-like facial features, and the overall size of her body. Based on my training and experience, I believe the file depicts at least one minor engaged in sexually explicit conduct, and therefore constitutes child pornography pursuant to 18 U.S.C. § 2256.

10. SILLS admitted having seen this video before and stated it was part of a pack of videos he received and downloaded through one of the Torrent links within BitTorrent. SILLS admitted to viewing this video while he was living at 8340 Scottish Court. SILLS admitted to searching for "torrent packs" that contain child pornography. SILLS stated, "If my PC is on and BitTorrent is open, it's probably leaching". SILLS acknowledged the files he has downloaded and viewed through BitTorrent are being shared with other users by stating "BitTorrent automatically, there's no way to not share". When TFO Ellis asked if SILLS knew by downloading files, he was automatically going to share, SILLS said "Uh, yes, I guess I do".

## CONCLUSION

11. Based upon the foregoing facts, and including those facts set forth in Exhibit A, I have probable cause to believe that, on or about September 8, 2020,

Marshall SILLS committed the following violation of federal law: knowing distribution of a visual depiction using any means and facility of interstate and foreign commerce by any means, that is via the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

Ashley Wilson, Special Agent
Homeland Security Investigations

Sworn to before me this
this 18th day of December, 2020

PATRICIA D. BARKSDALE
United States Magistrate Judge